UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Warren Singletary, *et al.*,                                             Case No.  3:23-cv-332

           Plaintiffs,

v.                                                                                            JUDGMENT ENTRY

City of Toledo, *et al.*,

           Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I deny the motion of Plaintiffs Warren Singletary, Kimberly Cunningham, and Treasured Homes 1. LLC for partial summary judgment.  (Doc. No. 23).  I deny the motion of Defendant the City of Toledo for summary judgment on Plaintiffs' Fair Housing Act and Ohio Fair Housing Act failure-to-accommodate claims, and I grant Defendants' motion for summary judgment on Plaintiffs' intentional discrimination claims.  (Doc. No. 22).  Finally, I conclude Defendant Ken Fischer is entitled to qualified and statutory immunity on all claims and dismiss him from this litigation.

So Ordered.

                                                                    s/ Jeffrey J. Helmick
                                                                    United States District Judge